IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

VERNON NORMAN EARLE,

   Plaintiff,

 V.

UNITED STATES DEPARTMENT OF JUSTICE,

UNITED STATES ATTORNEY DISTRICT OF COLUMBIA,

   Defendants,

Case: 1:16-cv-00629
Assigned To : Jackson, Amy Berman
Assign. Date : 4/4/2016
Description: FOIA/Privacy Act (I Deck)

FREEDOM OF INFORMATION ACT, LAWSUIT PURSUANT TO TITLE 5 UNITED STATES

CODE. § 552 (a) (4) (B).

Comes Now, Plaintiff; Vernon Norman Earle, Acting Propria persona and in forma Pauperis, Moved with this Honorable Court pursuant to Title 5 U. S. C. § 552 (a) (4) (B), Freedom of Information Act, for information Namely the Grand Jury's Tax Number for District of Columbia criminal felony Case Number# F.4396-85, concerning any indictment issued for that case, which Tax Number is Mandated by law, Regulations and Procedures of the United states Department of justice, and the United States attorney Office in that Agency, and the Administrative Due Process procedures.


JURISDICTION

This Honorable Court is vested with Jurisdiction to hear and address the present matter pursuant to Title 5 U. S. C. § 552 (a) (4) (B), freedom of information Act, and Article 1, section.9, Article 3, section.2, of the United States Constitutional Article of Amendment, and the fact Plaintiff has Exhausted all his Administrative Remedies procedures concerning this issue.


STATEMENT OF FACTS

On June 3, 1985, plaintiff was arrested and charge with Murder, Assault with intent

to kill while armed, and held without band. On or about may 7, 1986, it is stated an indictment was issued, charging plaintiff with 1st. degree murder while armed, and two counts of assult with intent to kill while armed. In a superceding indictment.

On or about November 3, 1986, plaintiff was convected of two counts of assault with intent to kill while armed, and aquitted carring weapon without a license.

On or about may 19, 1987, plaintiff was tried for murder one while armed. On or about june 2, 1987, Plaintiff was convicted of murder one while armed.

On or about March 28, 1995, The District of columbia Court of appeals affirmed plaintiff conviction.

Thereafter Plaintiff has filed serval post-conviction motions pursuant to D.C. Code 23-110, in the superior court for the District of columbia, which all was denied without and hearing conducted into the merit of the issues presented.

On July 2, 2015, plaintiff filed a Simple Tract request to the U.S. Department of Justice TAX DIVISION, requesting the Tax Number for D.C. felony case No.# F.4396-85, pursuant to the freedom of information Act, 552,[FOIA], the  Grand jury Tax number is requires for all indictment filed with the department of justice, for felony charges in the District of Columbia Jurisdiction.

On August 4, 2015, The Executive Office for the United States Attorney, Freedom of information & Privacy, Assistance Director, Mis; Susan B. Gerson; denied plaintiff Simple Tract request. Stating: grand jury material is exempt from mandatory release pursuant to 5 U. S. C. § 552(b) (3)", and instructed plaintiff of his rights to file an appeals to the Director's Office of information Policy, U. S. Department of justice.

On september, 24, 2015, Plaintiff filed an appeals to the Executive office for United States Attorney, Director, of Information Policy, at the U. S. department of justice. Requesting the Tax Number for Criminal case number# F.4396-85, which Tax Number is mandated by Law, of all grand Jury's Indictments filed against individuals charge with any Criminal Violation punishable by one year or more in the penitentiary. Plaintiff request for the confermation on any Tax number issued pertaining to case

( 2 )

file #. F.4396-85, issued for any indictment filed in that case number.

On feb. 18, 2016, Attorney-Advisor for, Sean O'Neil; Chief, Administrative appeal staff, Executive Office for United States Attorney, Director of information Policy U.S. department of Justice. Affirmed Plaintiff appeals, On Modified Grounds. "Clarifying that the EOUSA does not find any indication that the record has ever existed within any component of the department of justice, or the Tax Division". And advise palintiff "If dissatisfied with the action on appeal, the FOIA permits the filing of a lawsuit in the federal District Court in accordance with Title 5 U.S.C. § 552 (a)(4)(B), see. attachment of EXHIBITS Mark V:E, 1-4.

### CLAIMS PRESENTED

Plaintiff, vernon Norman Earle; acting in propria persona, and in forma pauperis, moved with this Honorable Court to treat this Pro Se Motion/suit Pursuant to Title 5 U. S. C. § 552 (a) (4) (B). to a less stringent standard than formal pleadings drefted by an attorney, and Liberally construe such pleading when determining whether state a cause of action. Haines V. Kerner, 404 U.S. 519, 520-21, (1972).

Plaintiff, request this Court and the United States Department of justice, Attorney's office, to assist this pro se plaintiff, to locate this Documentation, to denied or conferm this this Administrative procedures was taken in case No.# F.4396-85, and to release such information to plaintiff, as call for by the freedom of information Act, 5 U. S. C.§ 552, and as a part of plaintiff constitutional Rights, pursuant to the Due Process clause and Equal protection of the Fifth and fourteenth Aritcle of Amendment.

This is a Simple tract Request, to the agency in charge of assigning authorized Tax Number to every and all criminal indictment, presented to the department of justice attorney's office for prosecution of Crimes committed in the District of Columbia.

This Tax Number is mandated by laws, policys, and procedures once any grand jury's return an indictment on an individual for the violation of the laws of the United States.

(3)

<u>CONCLUSION</u>

Wherefore; for the forgoing reasons stated in this freedom of Information Act lawsuit, pursuant to 5 U. S. C. § 552(a) (4) (B), And the Due Process and Equal protection under the Adminitrative procedures Act, This information should be made accessable and/or available to this plaintiff in the interest of justice.

Furthermore; this plaintiff, respectfully request the department of justice, Attorney office, joined plaintiff to assertained this information, or grant this plaintiff the relief required in the failure to produce this information. If there was never a valid Indictment in the first place, than Plaintiff should not be Obligated to serve a sentence(s) from an Illegal trial, conviction and sentence. And must be released from any such Obligations.

<u>CERTIFICATE OF SERVICE</u>

Plaintiff hereby certify that a true and correct copy of the forgoing matter was mailed to the United States District Court clerk, on this 29, Day of feb. 2016, and has forward a copy of the same to the interested porties to this pleadings, on the same day, by placing in the prisons lagal mail bag in the housing Unit.

RESPECTFULLY SUBMITTED

VERNON NORMAN EARLE, PRO SE.
# 09814-004
F. C. I. Hazelton
P. O. BOX 5000
Bruceton Mills, West Virginia, 26525.

(4)

*Ex HIBITS. V.E, I,*

U.S. DEPORTMENT OF JUSTICE

TAX DIVISION

FREEDOM OF INFORMATION & PRIVACY STAFf

600 E. STREET N.W., SUITE7300, bicantennial building

washington D. C. 20530-0001

Vernon Norman Earle, (Requester)

(Request Number): _F - 4396- 85_____   Date of Request:_____

Subject: _SelF_____

    This is a simple tract request, for felony Number : _F. 4396 - 85___

requesting the Tax Number of the grand jury that sit on requester criminal case.

I hereby notify this office that this requester respectfully advise that you have or

shall have 60 Days in which to forward said Documents to this requester, as mandate

by law pursuant to the simple request. are notify this requester in writting as to

the delay if any in this matter. it should be noted this is a freedom of information

Act request. 552, FOIA.

               Respectfully Submitted

               Vernon Norman Earle, Requester.

July. 2. 2015

*E. HARRIS - V.E. 2.*

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W.*
*Suite 7300, Bicentennial Building*
*Washington, DC  20530-0001*
*(202) 252-6020    FAX: 252-6047    (www.usdoj.gov/usao)*

August 4, 2015

Vernon Norman Earle
#09814-004
F.C.I. Hazelton
P.O. Box 5000
Bruceton Mills, West Virginia   26525

      Re: Request Number: <u>FOIA-2015-03172</u>     Date of Receipt: <u>July 23, 2015</u>
      Subject of Request: <u>Grand Jury Tax No.- USAO - DC</u>

Dear Mr. Earle:

      The Executive Office for United States Attorneys has received your Freedom of Information Act request and assigned the above number to the request.

      Grand jury material is exempt from mandatory release pursuant to 5 U.S.C. § 552(b)(3), which exempts from release "matters specifically exempted from disclosure by statute."   Since Rule 6(e) of the Federal Rules of Criminal Procedure (Pub. L. 95-78, 91 Stat. 319(1977)) provides that grand jury proceedings shall be secret, disclosure of grand jury information is prohibited by law.   Therefore, this is a full denial.

      This is the final action on this above-numbered request. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, Washington, DC 20530-0001, or you may submit an appeal through this Office's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html.   Your appeal must be received within sixty days from the date of this letter.   If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

      Sincerely,

Susan B. Gerson
Assistant Director

EXHIBIT. V.E, 3.

U. S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR UNITED STATES ATTORNEY
DIRECTOR, OF INFORMATION POLICYUNITED STATES DEPARTMENT OF JUSTICE
suite 11050, 1425 new yark avenue washington D. C. 20530-0001

Re: Request Number: FOIA-2015-03172

Subject of Request: Grand Jury Tax Number-for caseNo.F.4396-85,
Vernon norman Earle.

I am appealing the denial of the request for the Grand Jury tax number
for the above  case number, receipt, July 23, 2015. and denied August
4, 2015.

This tract request, is not for information protaining to the grand
jurt's action and/or any proceedings held in the grand jury's process.
but a simple tract request to conferm, or the conferming of any indictment
issue for this criminal Number #f.4396-85, which Tax number # should be
issued as mandated by Law.

Please be advise this office shall have a period of (20) twenty
Days to response and/or supply such requested Item, this requester has
already informed the U.S. District Court of his intention to proceed
on a motion to compel if the simple request is not honored.

Thanks in advance for your time prompt response, with kind
respectful Regards I remaind..,

RESPECTFULLY SUBMITTED

VERNON NORMAN EARLE, REQUESTER.
#09814-004
FCI. Hazelton
P. O. Box 5000
Bruceton Mills, W. V. 26525

Dateli
SEPT. 24, 2015

/



*EXHIBITS, V.E. 4*

**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

Mr. Vernon N. Earle
Register No. 09814-004
Federal Correctional Institution      Re:     Appeal No. AP-2016-00181
Post Office Box 5000                        Request No. FOIA-2015-03172
Bruceton Mills, WV  26525             CDT:PJA

**VIA:  U.S. Mail**

Dear Mr. Earle:

You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your Freedom of Information Act request for access to the tax number associated with a grand jury proceeding in a criminal case.

After carefully considering your appeal, I am affirming, on modified grounds, EOUSA's action on your request. Although EOUSA advised you that the records you are seeking would be categorically exempt from disclosure pursuant to 5 U.S.C. § 552(b)(3), I would like to clarify that EOUSA does not maintain any information concerning the type of records you described in your request letter.  In fact, this Office has never found any indication that this type of record has ever existed within any component of the Department of Justice.

Please be advised that this Office's decision was made only after a full review of this matter.  Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of EOUSA in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road,

- 2 -

College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

2/18/2016

X ~~Christina Troiani~~

Christina D. Troiani, Attorney-Advisor for
Sean O'Neill, Chief, Administrative Appeals Staff
Signed by: ctroiani